1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9                  AT TACOMA

10  THE STATE OF WASHINGTON; ex rel. by
    and through MARIA JANET:
11  MOFFIT[SHOEMAKER]; Relator; A living
    sovereign Man upon the Land; and a constantly          Case No. MS05-5020FDB
12  expanding list of co-plaintiff John and Jane
    Does, all suffering similar Abuses by the same          ORDER OF DISMISSAL
13  group of Corrupted Public-Servants and
    Organized-Crime Racketeering Conspirators; ,
14
                    Plaintiffs,
15
         v.
16
    ROBERT J. BRYAN; CRAIG L. JONES; M.
17  KARLYNN HABERLY; LAWRENCE A.
    COSTICH; Acting in their Personal, Business,
18  and Official Capacities; and CONSECO and
    GREEN TREE FINANCE SERVICING
19  CORPORATIONS; in their Corporate
    Capacities; and John and Jane Does 1 – 1,000;
20  et al.,

21                  Defendants.

22          Plaintiff has filed a document entitled "Felony Criminal-Complaint ..." against the defendants.

23  Several causes of action are listed in the title, as well, including treason, subversive activities,

24  racketeering, intimidating witness/victim, among others.  Plaintiff cites Washington statutory

25

26  ORDER - 1

1   provisions in support of her assertion that she may bring criminal proceedings in this manner.

2        Plaintiff may not bring this cause of action in this court under the Federal Rules of Criminal

3   Procedure or pursuant to the citations she makes to the Revised Code of Washington.  This Court

4   does not have jurisdiction over this cause of action and it must be dismissed.

5        Additionally, in the file [Dkt. # 3] is a purported Notice of Removal wherein "Conseco

6   Servicing Corporation, as Trustee, United States of America (IRS)" plus some Doe individuals are

7   the plaintiffs, and Plaintiff, herein, is the Defendant.  Plaintiff does not demonstrate proper removal

8   under the Fed. R. Civ. P., as there is no showing that a matter was ever pending in a state court, nor

9   when it was filed in such court, nor whether removal was timely.  The purported "removal" must be

10   denied.

11        NOW, THEREFORE, IT IS ORDERED: This cause of action is DISMISSED.

12        DATED this 3rd day of August, 2005.

14   FRANKLIN D. BURGESS
      UNITED STATES DISTRICT JUDGE

26   ORDER - 2